APARICIO ET AL., DEMANDANTES Y APELANTES, *v.* BOUILLERCE, ETC., DEMANDADO Y APELADO.

APELACIÓN procedente de la Corte de Distrito de Ponce en un procedimiento de *injunction*. Memorándum de costas.

No. 3089.—Resuelto en diciembre 11, 1923.

MEMORÁNDUM DE COSTAS—HONORARIOS DE ABOGADO—CUANTÍA DE LOS HONORARIOS.—Para resolver que es excesiva la suma de $300 concedida al apelado en un memorándum de costas proveniente de un procedimiento de *injunction*, no es suficiente el mero hecho de que el mismo abogado hubiera representado también al apelado en otro procedimiento de *injunction* análogo con motivo del cual obtuvo $300 para honorarios de abogado; cada caso ha de apreciarse por lo que de él aparezca.

Los hechos están expresados en la opinión.

Abogado de los apelantes: *Sr. R. Muñoz Ramos.*

Abogado del apelado: *Sr. D. Sepúlveda.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

El único motivo que alegan los apelantes en apoyo de su recurso contra la resolución de la corte inferior que aprobó un memorándum de costas con una partida de $300 por honorarios de abogado es que esa cantidad es excesiva, porque habiendo sido presentada contra el mismo apelado, al mismo tiempo, otra demanda de *injunction* de la misma naturaleza por otros demandantes y habiendo sido defendido por el mismo abogado, el estudio hecho para el otro caso ha debido servirle para el presente por lo que habiéndosele concedido en el otro procedimiento $300 por honorarios de abogado será suficiente en el presente la cantidad de $75 por ese concepto.

El hecho en que se funda el apelante no es suficiente para declarar que es excesiva la cantidad fijada por la corte inferior como honorarios de abogado del apelado aunque dichas demandas sean de igual naturaleza, pues cada caso ha de apreciarse por lo que de él aparezca, aparte de que pueden haber ocurrido actuaciones en este caso que no tuvieran lugar en el otro, como parece haber sucedido, pues

en el otro *injunction* no hubo juicio porque antes de que tuviera lugar desistieron los demandantes del procedimiento.

La resolución apelada debe ser confirmada.

*Confirmada la resolución apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Hutchison y Franco Soto.